■ LOUIS GNIADEK, Appellant, v. CLARENCE WALLACE et al., Respondents. — Judgment unanimously reversed on the law and facts and new trial granted, with costs to appellant to abide the event. Memorandum: The findings implicit in the verdict of the jury that defendant, Michael Wallace, was not negligent

or that plaintiff was contributorily negligent, or both, were contrary to the evidence. (Appeal from judgment of Erie Trial Term dismissing plaintiff's complaint on the merits, in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.